IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 02-172-07 |
| CHRISTOPHER WILLIAMS : | |

### ORDER

AND NOW, this 9th day of May 2022, upon consideration of Petitioner's Motion for Imposition of a Reduced Sentence under Section 404 of the First Step Act (ECF No. 2943), Petitioner's Counseled Supplemental Motion for Hearing and Reduced Sentence Under the First Step Act (ECF No. 3052), the Government's Response thereto (ECF No. 3055), Petitioner's *Pro Se* Reply (ECF No. 3064), and a Sentencing Hearing before the Court held on November 22, 2021, **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the term of imprisonment for Mr. Williams' 21 USC § 846 and two 18 USC § 924(c) convictions is **REDUCED** to **180 months plus 300 months plus 60 months with credit for time served**, and that upon his release from custody, the Defendant's period of supervised release is reduced to **four (4) years**.

BY THE COURT:

/s/ Petrese B. Tucker
Hon. Petrese B. Tucker, U.S.D.J.