IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | CRIMINAL ACTION |
| | : | NO. 02-172-7 |
| v. | : | |
| | : | |
| Christopher Williams. | : | |
| | : | |

## ORDER

**AND NOW**, this **26th** day of **July, 2023,** after considering Defendant's combined motions for reduction in sentence pursuant to 18 U.S.C. §3582(c)(1)(A)(i) and Section 404 of the First Step Act (ECF No. 3182), and any responses in opposition, and after a hearing on the record, is it hereby **ORDERED** that the motions are **DENIED**. It is further **ORDERED** that the term of imprisonment for Defendant's 21 U.S.C. § 846 and two 18 U.S.C. § 924(c) convictions will remain 180 months plus 300 months plus 60 months with credit for time served, and that upon his release from custody, the Defendant's period of supervised release is four (4) years. See May 10, 2022 Order, ECF No. 3143.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**